**Exhibit A to the Complaint**

**Location:** Maineville, OH  **IP Address:** 69.133.59.108
**Total Works Infringed:** 26  **ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 7D1795246923B0F912DC5E45FDF6E39D24EFE8ED<br>File Hash:<br>257D8512863E6BB67EBCAA73034ED661D012759A9224693249EBA8F2824A48C5 | 11/01/2024 23:04:44 | Milfy | 10/30/2024 | 11/18/2024 | PA0002500968 |
| 2 | Info Hash: 544AB86A7475ED16B81949A05448FF8F430A2FCD<br>File Hash:<br>8A6D9FDB081AC7206ED6FA509A8CFE6D19F5D3023086B3CADE6E22BEA09C8715 | 10/26/2024 17:50:27 | Tushy | 10/20/2024 | 11/18/2024 | PA0002500925 |
| 3 | Info Hash: 8F934293D68F6AB99E04F77935C0C0B57090809F<br>File Hash:<br>B954ED8D25CD38FA72E3059FADE17A28C8491C5D9985BA75D92C9D30EC40AD4D | 10/26/2024 17:35:50 | Vixen | 10/25/2024 | 11/18/2024 | PA0002500931 |
| 4 | Info Hash: 6858F89F7C9FA86B878D7BAFB26AAB415084B7E6<br>File Hash:<br>BD7B91868A1B2867E10297055A3B4D95C52D0EF98AF857F297763D75BCD203F5 | 10/19/2024 13:33:00 | Vixen | 10/18/2024 | 11/18/2024 | PA0002500907 |
| 5 | Info Hash: 7DF4859B80D82B1345D1F965D14182E7FE939ACF<br>File Hash:<br>05FAA7765EBB5FAA25E0A39E4C5EA731662BA61A13B3F9CE5542494DCC443A5D | 10/03/2024 22:39:07 | Milfy | 10/02/2024 | 10/16/2024 | PA0002494708 |
| 6 | Info Hash: D1ED713CA2462D67F26E8BF8213114A49CDB681F<br>File Hash:<br>3B615C4BF233F944C38FD6C72C5FEA8149CFCB0CFDCCD91711EFC9C016B556A2 | 09/23/2024 23:41:25 | Tushy | 09/22/2024 | 10/16/2024 | PA0002494781 |
| 7 | Info Hash: 98217381421378A712BC755EC8E0612EFDB3680B<br>File Hash:<br>9F8B1370FBAE41A52D715BFEDB34C52227FF6E25439821FFEF6B1A0A4B3C9A1B | 09/14/2024 12:59:18 | Milfy | 09/11/2024 | 09/18/2024 | PA0002490442 |
| 8 | Info Hash: D235D2E2CEF1A389CDA952506EAFDE1403CF4FC9<br>File Hash:<br>011664632CD2E7D00B045B1D493BD602669C6FA1809DEEB34AA1EC1A9BE33FED | 08/30/2024 20:16:02 | Vixen | 08/30/2024 | 09/18/2024 | PA0002490438 |
| 9 | Info Hash: A93F96E9500696950BC487BB0A53528684DA85DE<br>File Hash:<br>88B486E831EC4825EED7B1FE4C4A3B6BDA5ECCF56423D03559EA1736A5856B8D | 08/28/2024 22:08:03 | Milfy | 08/28/2024 | 09/17/2024 | PA0002490357 |
| 10 | Info Hash: D857E3982421B51471457E22DDB31C2C1E057DB8<br>File Hash:<br>93A666BA56E314F8C65B7AF0D615993A3BD4435EB3887EF0C02B6E3DEB03EBF5 | 08/11/2024 17:24:13 | Vixen | 08/09/2024 | 08/15/2024 | PA0002484824 |
| 11 | Info Hash: 7180D3C158454F4EAA61633649FA674819A37411<br>File Hash:<br>A8588FCCBD2CC3C9D2781C4418FAC59B898EFFBD3CCC0356F048DA366E43E952 | 08/08/2024 13:28:53 | Milfy | 08/07/2024 | 09/17/2024 | PA0002490329 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 7375A901D3BE6952F99CAA1D89017336B02F3765<br>File Hash: 96C0671844877EDE8F1AEC3F74E902A3FE0A4EDAF32015C67A9FE43C2E03CB84 | 08/03/2024 16:48:24 | Vixen | 08/02/2024 | 08/15/2024 | PA0002484855 |
| 13 | Info Hash: 5BC257AEA17437FE40FC1FFCCF213266303D16EB<br>File Hash: 9D4FB5093E9D778448FBF79BBE3A5A844AF5483776C6CFE7418BE59EF2E4691A | 07/20/2024 13:52:37 | Milfy | 07/17/2024 | 09/05/2024 | PA0002491145 |
| 14 | Info Hash: 6FDC802494C0FCCDAF108AD365650ECB73EA6DAB<br>File Hash: AD74823D82497F7803E8EAFDC78C3D27434C9E23D346428FD29F16102DD781BD | 07/13/2024 11:48:00 | TushyRaw | 07/09/2024 | 07/16/2024 | PA0002480606 |
| 15 | Info Hash: 51EB8E4B9214E0DBD64926CDDD4BA48C93E5455A<br>File Hash: FB8AA98B82FE0BA9BB10527B59C1BD41F675F4B3FAF8DFFACC63D113D085CCA1 | 07/06/2024 11:52:50 | Vixen | 07/05/2024 | 07/16/2024 | PA0002480633 |
| 16 | Info Hash: 521416B71DC5B9C590E9452CDBB38E908EC5AAB2<br>File Hash: AA3901B118136307C902C7D7D838B896226A18EBD774D0FDA72476876DEE6B22 | 06/28/2024 22:51:49 | Vixen | 06/28/2024 | 07/16/2024 | PA0002480629 |
| 17 | Info Hash: 997305B15AEBE32E22C23FE33429117D1984DE84<br>File Hash: BC5F393C8C16B8B3FEA71470E43C2976A012BE1F312C824AED01BEE1F981FE17 | 06/27/2024 00:45:41 | Vixen | 06/21/2024 | 07/16/2024 | PA0002480627 |
| 18 | Info Hash: 7B34A2065984468320211A5F5FAAEAA4A26B4F9C<br>File Hash: C02C84C7C6A524E6F0CC5FF818A108F632C6C49CDE741448EDC3BE5FE83B7505 | 06/20/2024 23:13:56 | Milfy | 06/19/2024 | 09/09/2024 | PA0002491142 |
| 19 | Info Hash: 07CF740EB7B6E9F8282BD3758F85BD4743B9AEB7<br>File Hash: 3770F8F31E63683E72DECD29B08AD32E93309C415D75EE419CCB73F27950065C | 05/18/2024 18:29:56 | Vixen | 05/17/2024 | 06/18/2024 | PA0002476876 |
| 20 | Info Hash: 85F2DCF72AA0D45C081F2D6D01ACB1139336A9B9<br>File Hash: CD58189AE37B267D3A6A6A635CA2C3CB2FAA8DA3D0E98760BE292511AD6D487D | 03/29/2024 13:14:12 | TushyRaw | 03/26/2024 | 04/12/2024 | PA0002465218 |
| 21 | Info Hash: BCCD84048DA3643E9D970AC436951A037178A561<br>File Hash: 925BDC849718BF92CC70CE2A1F8C2A8E53CD9DD0565B533251B577EBBB79DA82 | 02/18/2024 18:37:48 | Vixen | 02/16/2024 | 03/13/2024 | PA0002459592 |
| 22 | Info Hash: 4904F2EFCCD9302377FC5560D22270C45546F58B<br>File Hash: F32E0E5413D3C05573D8664E153C2504E78A3DB4514322C99683FA6DD6FBD7E4 | 01/09/2024 01:46:55 | Vixen | 01/05/2024 | 01/16/2024 | PA0002449513 |
| 23 | Info Hash: D2C5EC34F6C2ED3B70A1B01ED1BA363F7AAFE238<br>File Hash: DAC22A821136789330740DE7747235FFAEE13E524DF137F3A1FAA5A83861A37F | 11/18/2023 03:53:59 | Tushy | 11/12/2023 | 12/12/2023 | PA0002445182 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 068D7439822DBE1F800715E99053216A369E7440<br>File Hash: 9A1545E76F322EF4430974AFBAB3F330044C988C026B9211DA23A76BE63C737D | 07/15/2023 12:22:36 | TushyRaw | 07/12/2023 | 08/17/2023 | PA0002425538 |
| 25 | Info Hash: BF504F5D65B1ABA34CBDB26DF9139869DD20041E<br>File Hash: ECD2ECBE7728B5E763750C0BF7B1F180C8D2A55661DB70C2E44FEDE96571D5F4 | 02/04/2023 18:50:33 | Tushy | 01/29/2023 | 03/07/2023 | PA0002400310 |
| 26 | Info Hash: ACAEAB5A100D20A306B5F8BD063D03CFE0865F2F<br>File Hash: FE47DAC4CEFE80E8AEBCCEE88BB1FCD162E4444A536736C3E26270D841B654C3 | 11/12/2022 14:40:37 | Tushy | 11/06/2022 | 12/11/2022 | PA0002384747 |